```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                        05-CV-2487(JMR/RLE)
```

| | | |
|---|---|---|
| Matthew V. Fredricksen | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Jo Anne B. Barnhart, | ) | |
| Commissioner of Social | ) | |
| Security | ) | |

This matter is before the Court upon the Report and Recommendation [Docket No. 13], issued November 29, 2006, by the Honorable Raymond L. Erickson, United States Magistrate Judge. No objections have been filed to the Report in the time permitted. After an independent review of the files, records and proceedings in the above-entitled matter, IT IS ORDERED that:

    1.  Plaintiff's motion for summary judgment [Docket No. 7] is denied.

    2.  Defendants' motion for summary judgment [Docket No. 10] is granted.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 21st, 2006

                                                s/ James M. Rosenbaum  
                                                JAMES M. ROSENBAUM  
                                                United States Chief District Judge